ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   Fax: (408) 535-5066
   christopher.jeu@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN BERNARD LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ISMAIL J. RAMSEY, KELSIE ANNE STEWART, MAUREEN BESSETTE, SHINING J. HSU, STEPHEN GEORGE CORRIGAN, VIVIAN FU-NING WANG, WENDY M. GARBERS, and JEFFREY S. WHITE,<br><br>    Defendants. | Case No. 24-cv-01925-HSG<br><br>**ORDER ON FEDERAL DEFENDANTS' ADMINISTRATIVE MOTION TO SET DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Federal Defendants filed an Administrative Motion requesting a uniform date for any served Federal Defendant to answer or otherwise respond to the Complaint filed by Plaintiff Stephen Bernard Lopez ("Plaintiff"), who is proceeding in propria persona, including to file any dispositive motions.

Having considered the papers, and good cause appearing therefore, the Court hereby GRANTS the motion. Federal Defendants shall answer or otherwise respond to the Complaint by July 23, 2024.

Should Plaintiff's service for any of the Federal Defendants call for a responsive deadline after July 23, 2024, the responsive deadline shall be no earlier than that set forth in Federal Rule of Civil Procedure 12(a).  This Order does not have an effect on Federal Defendants' right to assert any defenses, including Federal Rule of Civil Procedure 12(b)(4)-(5) defenses.

**IT IS SO ORDERED.**

DATED:   6/20/2024

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge